**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**THOMAS LENTON WATSON,**                                                **PLAINTIFF,**

**VS.**                               **CIVIL ACTION NO. 1:03CV324-P-D**

**NORTH PANOLA SCHOOL DISTRICT,**                                **DEFENDANT.**

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED** that:

(1) Defendant North Panola School District's Motion for Summary Judgment [67-1] is hereby **GRANTED**; accordingly,

(2) All of the plaintiff's claims are **DISMISSED WITH PREJUDICE**; and

(3) This case is **CLOSED**.

**SO ORDERED** this the 30th day of September, A.D., 2005.

                                                             /s/ W. Allen Pepper, Jr.
                                                             W. ALLEN PEPPER, JR.
                                                             UNITED STATES DISTRICT JUDGE